Argued April 28, affirmed May 8, 1978

In the Matter of the Marriage of
STRATIS, *Respondent,*
*and*
STRATIS, *Appellant.*
(No. D 7703-02968, CA 9407)

578 P2d 5

Michael V. Phillips, Eugene, argued the cause for appellant. With him on the brief was Hammons, Phillips & Jensen, Eugene.

Paul J. Kelly, Portland, argued the cause for respondent. With him on the brief was Glasgow & Kelly, Portland.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *Starin and Starin,* 29 Or App 557, 564 P2d 748, *rev den* (1977). No costs to either party.